## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CHARLES ARCHIE HOLMES    :    CHAPTER 13
                DEBTOR

                                  :    NO. 18-14469-AMC

### ORDER

AND NOW, this _____ day of _____ , 2022, upon consideration of Motion of Vinh C. Ly ("movant") for relief from stay, and any responses thereto, it is hereby ORDERED and DECREED as follows:

1. The Motion is granted;

2. Movant is hereby granted relief from stay and may exercise its state law remedies as a secured creditor with respect to debtor's property/move forward regarding ejectment complaint docketed at Phila CCP No. 220202394, <u>Ly v. McCrey-Holmes et al</u>..

BY THE COURT:

**Date: August 2, 2022**    _____
                            Ashely M. Chan, J.

cc:  Sharon S. Masters, Esquire, 132 Overleaf Drive, Thorndale, PA 19372
     Kenneth E. West, Esquire, Chapter 13 Trustee, P.O. Box 40837 Philadelphia, PA 19107
     Robert E. Cole, P.C., 128 Chestnut Street, Suite 200C, Philadelphia, PA  19106